UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE FERRIS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RAPID CITY; Respondeat Superior Rapid City Police Department; in its individual and official capacity; BRENDAN LENARD, Police Officer in his individual and official capacity; CHARLES THUBAULT, Police Officer, in his individual and official capacity; CONNOR AUTEBERRY, Police Officer, in his individual and official capacity; and RAPID CITY POLICE DEPARTMENT, Respondeat Superior Rapid City Police Department, in its individual and official capacity;<br><br>Defendants. | 5:22-CV-05002-KES<br><br><br><br>JUDGMENT |

Under the court's order dismissing this case under Rule 4(m), it is

ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice and the parties will bear their own costs, expenses, and attorneys' fees.

Dated October 7, 2022.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE